**FILED**
**MARCH 14, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**08 C 1524**

| | |
|---|---|
| ROBERT GRZYBEK,<br>　　　　Plaintiff,<br>v.<br>DIRECTSAT USA, LLC, and<br>BRYAN BRAMSON,<br>　　　　Defendants. | Case No.<br><br>No. |

**JUDGE KENNELLY**
**MAGISTRATE JUDGE KEYS**

### CORPORATE DISCLOSURE STATEMENT OF DEFENDANT DIRECTSAT USA, LLC

DirectSat USA, LLC ("DirectSat) makes the following disclosures pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 3.2: non-governmental corporate party DirectSat, a Delaware limited liability company, is a wholly-owned subsidiary of Unitek USA, LLC ("Unitek"), also a Delaware limited liability company; Unitek is DirectSat's sole member; and no publicly held corporation owns 10% or more of DirectSat's stock.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　/s/ Ursula A. Taylor

　　　　　　　　　　　　　　　　Jason S. Dubner
　　　　　　　　　　　　　　　　Ursula A. Taylor
　　　　　　　　　　　　　　　　Butler Rubin Saltarelli & Boyd
　　　　　　　　　　　　　　　　70 West Madison Street, Suite 1800
　　　　　　　　　　　　　　　　Chicago, IL 60602
　　　　　　　　　　　　　　　　(312) 444-9660

　　　　　　　　　　　　　　　　Eric J. Bronstein
　　　　　　　　　　　　　　　　Colin D. Dougherty
　　　　　　　　　　　　　　　　*Pending admission pro hac vice*
　　　　　　　　　　　　　　　　Elliott Greenleaf & Siedzikowski, P.C.
　　　　　　　　　　　　　　　　Union Meeting Corporate Center
　　　　　　　　　　　　　　　　925 Harvest Drive, Suite 300
　　　　　　　　　　　　　　　　Blue Bell, PA 19422
　　　　　　　　　　　　　　　　(215) 977-1000

DATED: March 14, 2008　　　　　　Attorneys for Defendant DirectSat USA, LLC