EDA

FILED
MARCH 14, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**08 C 1524**

| | | |
|---|---|---|
| **ROBERT GRZYBEK,** | : | CIVIL ACTION |
| **Plaintiff,** | : | |
| v. | : | NO. |
| **DIRECTSAT USA, LLC, and BRYAN BRAMSON,** | : | |
| **Defendants.** | : | |

**JUDGE KENNELLY**
**MAGISTRATE JUDGE KEYS**

## NOTICE OF FILING AND CERTIFICATE OF SERVICE

TO:  Margherita M. Albarello, Esquire
DiMonte & Lizak, LLC
218 West Higgins Road
Park Ridge, IL 60068
Attorney for Plaintiff Robert Grzybek

Bryan Bramson
3777 Evergreen Street
Hobart, IN
46342-1608
Defendant

PLEASE TAKE NOTICE that on March 14, 2008, Defendant DirectSat USA, LLC filed the attached Notice of Removal, Appearances, Civil Cover Sheet and Disclosure Statement, copies of which are attached hereto and are hereby served upon you.

Ursula A. Taylor, Esquire, hereby certifies that, on March 14, 2008, she caused to be served true and correct copies of the aforementioned Notice of Removal, Appearances, Civil Cover Sheet and Disclosure Statement by U.S. mail, first class, postage prepaid, upon the parties listed above.

/s/ Ursula A. Taylor

Jason S. Dubner (ARDC# 06257055)
Ursula A. Taylor (ARDC # 6287522)
Butler Rubin Saltarelli & Boyd
70 West Madison Street, Suite 1800
Chicago, IL 60602
(312) 444-9660

Eric J. Bronstein
Colin D. Dougherty
*Pending admission pro hac vice*
Elliott Greenleaf & Siedzikowski, P.C.
Union Meeting Corporate Center
925 Harvest Drive, Suite 300
Blue Bell, PA  19422
(215) 977-1000

DATED:  March 14, 2008                Attorneys for Defendant DirectSat USA, LLC