## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | | Case Number: 08 C 1524 |
|---|---|---|
| ROBERT GRZYBEK, | Plaintiff, | |
| v. | | |
| DIRECTSAT USA, LLC, and | | |
| BRYAN BRAMSON, | Defendants. | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

ROBERT GRZYBEK

| NAME (Type or print) |
|---|
| Margherita M. Albarello |

**SIGNATURE** (Use electronic signature if the appearance form is filed electronically)

    s/ Margherita M. Albarello

**FIRM**

Di Monte & Lizak, LLC

**STREET ADDRESS**

216 W. Higgins Road

**CITY/STATE/ZIP**

Park Ridge, Illinois 60068

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6187374 | (847) 698-9600 |

| | | | |
|---|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☑ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐