## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Robert Grzybek

                          Plaintiff,

v.                                                   Case No.: 1:08−cv−01524
                                                               Honorable Matthew F. Kennelly

DIRECTSAT USA, LLC, et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 21, 2008:

      MINUTE entry before Judge Honorable Matthew F. Kennelly: Initial Status hearing date of 5/14/2008 is vacated and reset for 5/22/2008 at 09:00 AM., in Chambers, room 2103. Parties are reminded to comply with Judge Kennelly's standing order. (or, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.