**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Robert Grzybek
                              Plaintiff,
v.                                              Case No.: 1:08−cv−01524
                                                Honorable Matthew F. Kennelly
DIRECTSAT USA, LLC, et al.
                              Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 22, 2008:

MINUTE entry before the Honorable Matthew F. Kennelly:Status hearing pursuant to Rule 16(b) held on 5/22/2008. Status hearing continued to 6/24/2008 at 09:00 AM., with parties by telephone. Deadline for amending pleadings and adding parties is 7/31/2008. Fact discovery ordered closed 9/17/2008. Rule 26(a)(2) disclosures are due by 10/18/2008 for plaintiff and 11/18/2008 for defendant. Expert discovery ordered closed 12/17/2008. The deadline for filing dispositive motions is 1/23/2009. Defendant Directsat is ordered to include defendant Bramson's home address in its Rule 26(a)(1) disclosures. (or, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.