IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **ROBERT GRZYBEK,** | **CIVIL ACTION** |
| Plaintiff, | |
| v. | **NO. 08 C 1524** |
| **DIRECTSAT USA, LLC, and BRYAN BRAMSON,** | |
| | **Judge Matthew F. Kennelly** |
| Defendants. | |

## APPEARANCE

Colin D. Dougherty, Esquire of the law firm of Elliott Greenleaf & Siedzikowski, P.C., hereby enters his appearance on behalf of DirectSat USA, LLC as its attorney and requests that copies of all pleadings, Orders and other documents be served upon the undersigned for said party in lieu of service upon the party.

        Colin D. Dougherty
        Print name of attorney

        Elliott Greenleaf & Siedzikowski, P.C.
        925 Harvest Drive, Suite 300
        Blue Bell, PA 19422
        Telephone No.: (215) 977-1000
        Fax No.: (215) 977-1099

DATED: May 23, 2008        By: _/s/ Colin D. Dougherty_
        COLIN D. DOUGHERTY

## **CERTIFICATE OF SERVICE**

I, Colin D. Dougherty, Esquire, hereby certify that, on this date, I caused the foregoing Entry of Appearance to be served by U.S. mail, first class, postage prepaid, upon the following:

>   Margherita M. Albarello, Esquire
>   DiMonte & Lizak, LLC
>   218 West Higgins Road
>   Park Ridge, IL 60068

                                                            _____
                                                            Colin D. Dougherty

DATED: May 23, 2008