IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ROBERT GRZYBEK, | CIVIL ACTION |
| Plaintiff, | |
| v. | NO. 08 C 1524 |
| DIRECTSAT USA, LLC, and BRYAN BRAMSON, | |
| | Judge Matthew F. Kennelly |
| Defendants. | |

## APPEARANCE

Eric J. Bronstein, Esquire of the law firm of Elliott Greenleaf & Siedzikowski, P.C., hereby enters his appearance on behalf of DirectSat USA, LLC as its attorney and requests that copies of all pleadings, Orders and other documents be served upon the undersigned for said party in lieu of service upon the party.

Eric J. Bronstein
Print Name of Attorney

Elliott Greenleaf & Siedzikowski, P.C.
925 Harvest Drive, Suite 300
Blue Bell, PA 19422
Telephone No.: (215) 977-1000
Fax No.: (215) 977-1099

DATED: May 23, 2008

By: _____
ERIC J. BRONSTEIN

## CERTIFICATE OF SERVICE

I, Eric J. Bronstein, Esquire, hereby certify that, on this date, I caused the foregoing Entry of Appearance to be served by U.S. mail, first class, postage prepaid, upon the following:

> Margherita M. Albarello, Esquire
> DiMonte & Lizak, LLC
> 218 West Higgins Road
> Park Ridge, IL 60068

*[signature]*

Eric J. Bronstein

DATED: May 23, 2008