## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                         Case Number: 08 cv 1524
ROBERT GRZYBEK, Plaintiff
             v.
DIRECTSAT USA, LLC and
BRYAN BRAMSON, Defendants

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

DIRECTSAT USA, LLC

| NAME (Type or print) |
| --- |
| COLIN D. DOUGHERTY |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| --- |
| s/ Colin D. Dougherty |

| FIRM |
| --- |
| Elliott Greenleaf & Siedzikowski, P.C. |

| STREET ADDRESS |
| --- |
| 925 Harvest Drive, Suite 300, P.O. Box 3010 |

| CITY/STATE/ZIP |
| --- |
| Blue Bell, PA 19422 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
|  | 215-977-1055 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| --- | --- | --- |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
| --- |
| RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ |