## United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 08cv1524             Assigned/Issued By: j. n.

Judge Name:                       Designated Magistrate Judge:

---

**FEE INFORMATION**

*Amount Due:*  ☐ $350.00    ☐ $39.00    ☐ $5.00

☐ IFP    ☐ No Fee    ☐ Other _____

☐ $455.00

Number of Service Copies _____    Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: _____    Receipt #: _____

Date Payment Rec'd: _____    Fiscal Clerk: _____

---

**ISSUANCES**

☑ Summons                          ☐ Alias Summons

☐ Third Party Summons              ☐ Lis Pendens

☐ Non Wage Garnishment Summons     ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons

_____
_____
*(Victim, Against and $ Amount)*

☐ Citation to Discover Assets      ☐ Other

☐ Writ _____    _____
*(Type of Writ)*                   _____
                                   *(Type of issuance)*

1   Original and  0   copies on  7-11-08     as to  bryan bramson
                              *(Date)*